# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: FELICIA R. PHILLIPS  
291 BIENTERRA TRL. #2  
ROCKFORD, IL 61107  

SSN-xxx-xx-8116

Case Number: 04-76133

Case filed on: 12/10/2004  
Plan Confirmed on: 2/18/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $18,325.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BRIAN A. HART | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 002 | ILLINOIS DEPARTMENT OF REVENUE | 663.76 | 663.76 | 663.76 | 0.00 |
|  | Total Priority | 663.76 | 663.76 | 663.76 | 0.00 |
| 999 | FELICIA R. PHILLIPS | 0.00 | 0.00 | 385.40 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 385.40 | 0.00 |
| 001 | US BANK/ELAN RETAIL PMT SOLUTIONS | 13,000.00 | 13,000.00 | 13,000.00 | 1,746.52 |
|  | Total Secured | 13,000.00 | 13,000.00 | 13,000.00 | 1,746.52 |
| 001 | US BANK/ELAN RETAIL PMT SOLUTIONS | 24,398.33 | 0.00 | 0.00 | 0.00 |
| 002 | ILLINOIS DEPARTMENT OF REVENUE | 203.68 | 0.00 | 0.00 | 0.00 |
| 003 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMERICAN FAMILY INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | RHS ANESTHESIA SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BELOIT MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BERGNER'S / CARSON PIRIE SCOTT | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CITI CARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | RESURGENT CAPITAL SERVICES | 622.31 | 0.00 | 0.00 | 0.00 |
| 011 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ACCOUNT RECOVERY SERVICES INC | 3,060.00 | 0.00 | 0.00 | 0.00 |
| 014 | NICOR GAS | 584.87 | 0.00 | 0.00 | 0.00 |
| 015 | OB-GYN ASSOCIATES, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD MERCANTILE AGENCY INC | 3,031.26 | 0.00 | 0.00 | 0.00 |
| 018 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | SECURITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | SHELL - CITICORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | SPARKLING SPRING MINERAL COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | US BANK/FIRSTAR BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | VINCENT ZAMUTTO, DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MARCO COMPOS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 31,900.45 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 46,928.21 | 15,027.76 | 15,413.16 | 1,746.52 |

Total Paid Claimant:      $17,159.68  
Trustee Allowance:        $1,165.32  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009                    By  /s/Heather M. Fagan